UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL TOMMEY, LISA TOMMEY,
CARMEN MICHELLE TRUMBO, and
KYLE NAPLES, Individually and on behalf
of all those similarly situated                                                              PLAINTIFFS

VS.                                     Case No. 4:14-cv-4015

TRAVELERS HOME & MARINE
INSURANCE COMPANY;
TRAVELERS LLOYDS INSURANCE COMPANY; and
TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY                     DEFENDANTS

## ORDER

Before the Court is a Motion to Withdraw as Counsel filed by Defendants' attorney, Lyn P. Pruitt. (ECF No. 17). Ms. Pruitt seeks to withdraw herself as attorney of record for Defendants. Defendants continue to be represented in this matter by their remaining attorneys of record.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Lyn Pruitt, is hereby relieved as attorney of record for Defendants. The Clerk is directed to remove Ms. Pruitt from the CM/ECF notification system for this case.

**IT IS SO ORDERED**, this 1st day of April, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge